IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. **PJM 20-169** |
| | * | |
| **SIRRON LITTE,** | * | |
| | * | |
| Defendant. | * | |

## MEMORANDUM OPINION & ORDER

Sirron Little has filed a Motion for Temporary Release from Detention pursuant to 18 U.S.C. § 3142(i), ECF No. 39, and the Government has responded in Opposition, ECF No. 40. For the following reasons, the Court **DENIES** the Motion.

### I.

Little is charged in a four-count Superseding Indictment with Conspiracy to Engage in Sex Trafficking of a Minor; Sex Trafficking of a Minor by Force, Fraud, and Coercion; Coercion and Enticement of a Minor; and Felon in Possession of a Firearm. ECF No. 18. He is accused of recruiting a minor ("Victim 1") for the purposes of engaging in prostitution, facilitating the prostitution of Victim 1 by arranging for hotel rooms, and using violence or threats of violence to coerce Victim 1 to engage in prostitution. In committing those acts, according to the Government, Little brandished a .40 caliber handgun. The Government has also proffered that, on at least one occasion, Little threatened Victim 1's life, prompting her to call 911 out of fear for her safety.

Although Little was initially detained in this case, he was subsequently ordered released by Magistrate Judge Simms. The Government promptly moved for this Court's review of that Order under 18 U.S.C. § 3145(a). After conducting a *de novo* assessment of the record, the Court concluded that "all the factors in my view argue strongly in favor of detention of the defendant in

1

this case." 11/5/20 Tr. 16:1-2. Among other things, the Court was persuaded by Little's "propensity of assaulting young women," (*id.* at 8:16), his "significant criminal record," (*id.* at 8:18), and the seriousness of the charges brought against him.

## II.

Against this backdrop, Little again comes before the Court asking for his release. He cites the conditions where he is detained—Chesapeake Detention Facility ("CDF")—and the outbreak of COVID-19 as "compelling reasons" justifying his temporary release. Under 18 U.S.C. § 3142(i), a defendant may be temporarily released "to the extent that the judicial officer determines such release to be necessary for preparation of the person's defense or for another compelling reason." *Id.* "The defendant bears the burden of demonstrating a compelling reason." *United States v. Creek*, 457 F. Supp. 3d 473, 476 (D. Md. 2020).

The Fourth Circuit has suggested that courts evaluate "the severity of the risk that the COVID-19 virus poses to the defendant, given his existing medical conditions and the current COVID-19 situation at the facility where he is being held, and whether that risk, balanced against the other Bail Reform Act factors, rises to the level of a 'compelling reason' for temporary release under 18 U.S.C. § 3142(i)." *United States v. Creek*, 19-cr-36-CCB, App. No. 20-4251, at *1 (4th Cir. Apr. 15, 2020).

Under that rubric, Little has not met his burden. While the Court appreciates the severity of the COVID-19 pandemic, Little is 30 years old and, apart from his hypertension diagnosis, he appears to be a healthy young adult male. *See* ECF No. 39-1 ("Inmate Health Services"). Moreover, there is no suggestion that CDF has failed to provide Little with necessary treatment for his condition.

But even if incarceration might place Little at a higher risk from illness, that risk is dramatically outweighed by the § 3142(g) factors. As the Court has already found, all of the factors strongly favor detention. 11/5/20 Tr. 16:1-2. Furthermore, Little has not assured the Court that he no longer poses a danger to the community. To the contrary, his plan to be released to the custody of his "daughter's mother" gives the Court pause. *See* ECF No. 39 at 11. Little's history of violence, particularly towards women, presents too great a risk for the public to bear.

## ORDER

For the foregoing reasons, Defendant's Motion is **DENIED**.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

April 8, 2021